1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NATHANAEL M. COUSINS (CABN 177944)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-0931
7     Facsimile: (408) 535-5066
      E-Mail: nat.cousins@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

OCT 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-70845 MAG |
|---|---|
| Plaintiff, | ) **STIPULATION REQUESTING** |
| | ) **CONTINUANCE OF STATUS** |
| v. | ) **CONFERENCE AND PRELIMINARY** |
| | ) **HEARING FROM OCTOBER 14 TO** |
| JUAN RAMIREZ HERNANDEZ, | ) **OCTOBER 28; AND EXTENDING** |
| | ) **TIME UNDER RULE 5.1(d)** |
| Defendant. | ) |

   The parties submit this stipulation requesting to continue the status conference and preliminary hearing scheduled before Magistrate Judge Howard R. Lloyd on October 14, 2010, 1:30 p.m., to October 28, 2010, at 1:30 p.m., or any other time available to the Court. The parties further agree to an extension of time under Federal Rule of Criminal Procedure 5.1(d) until October 28.

   Defendant is charged by complaint with federal firearm violations under 26 U.S.C. §§ 5861(d) and (i). Counsel for the parties are discussing a pre-indictment disposition of the case and defendant's counsel is reviewing discovery produced by the government..

   The parties agree that there is good cause for an extension of time under Rule 5.1(d), taking into account the public interest in prompt disposition of criminal cases. There are no known

STIPULATION
CR 10-70845 MAG

1  direct and proximate "victims" in this case as defined by the Crime Victims' Rights Act and the
2  defendant is detained in federal custody. A proposed order follows.

3
4                                              Respectfully submitted,
5  Dated: October 12, 2010                     MELINDA HAAG
                                               United States Attorney
6
7                                              /s/ Nat Cousins
                                               Assistant United States Attorney
8  AGREED.
9
10                                             /s/
                                               MANUEL ARAUJO
11                                             Attorney for Defendant

12                              **ORDER**

13     Based upon the Stipulation of the parties and a showing of good cause, and taking into
14  account the public interest in prompt disposition of criminal cases, the Court continues the status
15  conference in this case to October 14, 2010, at 1:30 p.m. and orders time extended under Federal
16  Rule of Criminal Procedure 5.1 from October 14 to October 28, 2010.

18  Date: 10/14/10

20                                             U.S. Magistrate Judge
                                               HOWARD R. LLOYD

STIPULATION
CR 10-70845 MAG                        2